IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOYLE TUCKER, an individual; and NEVA TUCKER, an individual;<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>VICTOR PEREZ, an individual; et. al;<br><br>　　　　Defendants. | 8:13CV367<br><br>ORDER |

IT IS ORDERED:

1) Plaintiffs' motion for leave to file an amended complaint, (Filing No. 52), is granted.

2) The plaintiffs' amended complaint, a copy of which is attached to their motion, shall be filed on or before June 23, 2014.

June 16, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge