## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOYLE TUCKER, an individual, and<br>NEVA TUCKER, an individual, | **8:13-CV-00367** |
| Plaintiffs, | |
| v. | ORDER |
| VICTOR LOPEZ, an Individual; et. al; | |
| Defendants. | |
| and | |
| GAVILON GRAIN, LLC, | |
| Third Party Plaintiff | |
| v. | |
| ART ANDERSON FARMS, INC., | |
| Third Party Defendant. | |

IT IS ORDERED:

1)      Third Party Defendant Art Anderson Farms, Inc.' motion for leave to file a responsive pleading out of time, (Filing No. 56), is granted, and its answer to the Third Party Complaint shall be filed on or before June 30, 2014.

2)      Third Party Plaintiff Gavilon Grain, LLC's motion for entry of default, (Filing No. 49), is denied without prejudice to re-filing if the Third Party Defendant's response is not timely filed in accordance with this order.

June 23, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge