IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOYLE TUCKER, an individual, and NEVA TUCKER, an individual, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 8:13CV367 |
| | ) | |
| VICTOR PEREZ, an individual; MARTIN D. MEYER, an individual; JEFFERY J. MEYER, an individual; MEYER BROTHERS, an entity doing business on its own and doing business as a number of other companies; MARTIN JEFFERY AND RANDALL MEYER, an entity doing business as Meyer Brothers; MF&R INC., a Nebraska Corporation; GAVILON GROUP LLC, a Delaware Company registered to conduct business in Nebraska; GAVILON LLC, a Delaware Company registered to conduct business in Nebraska; GAVILON GRAIN, LLC, a Delaware Company registered to conduct business in Nebraska; MARUBENI AMERICA CORPORATION; and FARM BUREAU FINANCIAL SERVICES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |
| And | ) ) | |
| GAVILON GRAIN, LLC, | ) ) | |
| Third-Party Plaintiff, | ) | |

v.                                        )
                                          )
ART ANDERSON FARMS, INC.,                 )
                                          )
              Third-Party Defendant.      )
_____         )

        Pursuant to the parties' Stipulation of Voluntary Dismissal of defendants Gavilon Group LLC, Gavilon LLC, and Marubeni America Corporation (filing 110) and Fed. R. Civ. P. 41,

        IT IS ORDERED:

        1.      Plaintiffs' claims in this action against defendants Gavilon Group LLC, Gavilon LLC, and Marubeni America Corporation are dismissed, with each party to bear its or their own attorneys' fees and costs;

        2.      This order does not affect Plaintiffs' claims against other defendants, and such claims shall remain pending;

        3.      The motions for summary judgment filed by defendants Gavilon Group LLC and Gavilon LLC (filing 84) and by defendant Marubeni America Corporation (filing 97) are denied as moot; and

        4.      Judgment shall be withheld pending final determination of all remaining claims in this case.

        DATED this 7th day of January, 2015.

                                    BY THE COURT:
                                    *Richard G. Kopf*
                                    Senior United States District Judge

2