IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOYLE TUCKER, an individual; and NEVA TUCKER, an individual;<br><br>          Plaintiffs,<br><br>vs.<br><br>GAVILON GRAIN, LLC, a Delaware Company registered to conduct business in Nebraska;  ET. AL;<br><br>          Defendants. | **8:13CV367**<br><br>**ORDER** |

IT IS ORDERED:

    The motion to permit Melvin C. Hansen to withdraw as counsel on behalf of Defendant Gavilon Grain, LLC, (filing no. 152), is granted.

    June 9, 2015.

                                                                 BY THE COURT:

                                                                 *s/ Cheryl R. Zwart*
                                                                  United States Magistrate Judge