IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOYLE and NEVA TUCKER, | ) | 8:13CV367 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VICTOR PEREZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| GAVILON GRAIN, LLC, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ART ANDERSON FARMS, INC. | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

IT IS ORDERED that Third-Party Plaintiff's motion to dismiss party (Filing No. 151) is granted, and all claims brought by Third-Party Plaintiff, Gavilon Grain, LLC, against Third-Party Defendant, Art Anderson Farms, Inc., are dismissed with prejudice. Entry of judgment shall be withheld pending final determination of all remaining claims in this case.

June 12, 2015                BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge