IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOYLE TUCKER, an individual, and NEVA TUCKER, an individual, | ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV367 |
| V. | ) ) | |
| VICTOR PEREZ, an individual, MARTIN D. MEYER, an individual, JEFFERY J. MEYER, an individual, MEYER BROTHERS, an entity doing business on its own and doing business as a number of other companies, MARTIN JEFFERY AND RANDALL MEYER, an entity, MF&R INC, a Nebraska Corporation, GAVILON GRAIN, LLC, a Delaware Company registered to conduct business in Nebraska, and FARM BUREAU FINANCIAL SERVICES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

One of the parties has requested a court reporter for their own use at trial.

IT IS ORDERED that any party may use a court reporter at trial. The court reporter may sit in the courtroom. However, the court reporter's transcript will not be the official record and will not be filed. The party hiring the court reporter shall provide opposing counsel with a copy of the transcript, if requested, at the court reporter's customary charge for copies. That is, the opposing party will pay for a copy if requested.

DATED this 17th day of June, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge