IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOYLE TUCKER, an individual, and NEVA TUCKER, an individual, | ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV367 |
| V. | ) ) | |
| GAVILON GRAIN, LLC, a Delaware Company registered to conduct business in Nebraska, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED that the parties' stipulations regarding the parties' proposed motions in limine (filing 168) is granted. That is, the parties are directed to follow the prohibitions and limitations contained in their stipulation.

DATED this 17th day of June, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge