IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOYLE TUCKER, an individual; and NEVA TUCKER, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>GAVILON GRAIN, LLC, a Delaware Company registered to conduct business in Nebraska,<br><br>        Defendant. | Case No: 8:13CV367<br><br>**ORDER TO WITHDRAW EXHIBITS** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Plaintiff Exhibit Nos. 1, 2, 4a, 4c-g, 5 – 9, 11 – 14, 19 – 24, 26 – 39, from Jury Trial held June 22 – 29, 2015.

Defendant Exhibit Nos. 101a-h, 102a-b, 103, 106a-c, 110, 111, 113 – 115, 118, for Jury Trial held June 22 – 29, 2015.

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 30th day of June, 2015.

                                              BY THE COURT:

                                              s/ Richard G. Kopf
                                              Senior United States District Judge